# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE BAIZA, | | CV F   02-6552 OWW SMS HC |
| | Petitioner, | ORDER DIRECTING CLERK OF COURT TO RE-SERVE COURT'S ORDER OF DECEMBER 21, 2005, ON PETITIONER AT NEW ADDRESS OF RECORD |
| | v. | |
| GEORGE GALAZA, | | [Docs. 45, 46] |
| | Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 21, 2005, the undersigned issued an order denying Petitioner's motion to stay the proceedings and directed Petitioner to inform the Court of his intent to either withdraw the unexhausted claims or dismiss the entire action within fifteen days from the date of service. The next day, on December 22, 2005, Petitioner filed a notice of change of address.

In light of Petitioner's change of address, the Court hereby directs the Clerk of Court to re-serve the Court's December 21, 2005, at Court Document 45, on Petitioner at his new address of record.

IT IS SO ORDERED.

Dated:   January 6, 2006              /s/ Sandra M. Snyder
icido3                                 UNITED STATES MAGISTRATE JUDGE

1